UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
VERRAGIO, LTD.,                                               : Case No. 18-cv-10140
                                                              :
                    Plaintiff,                      :
                                                              :
     -against-                                              : **REQUEST FOR**
                                                              : **CERTIFICATE OF DEFAULT**
                                                              :
BAY HILL JEWELERS,                                            :
                                                              :
                                                              :
                    Defendant.                      :
------------------------------------------------------------- x

TO:    RUBY J. KRAJICK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       Please enter the default of defendant, Bay Hill Jewelers, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Affirmation of John H. Keneally, dated December 7, 2018.

Dated: December 7, 2018
       New York, New York

                                **WINDELS MARX LANE & MITTENDORF, LLP**

                                By:     s/ John H. Keneally
                                    Robert J. Luddy
                                    John H. Keneally
                             156 West 56th Street
                             New York, New York 10019
                             Tel.: (212) 237-1025
                             Fax: (212) 262-1215
                             rluddy@windelsmarx.com
                             jkeneally@windelsmarx.com
                             *Attorneys for Plaintiff VERRAGIO LTD.*

{11643226:1}