**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2697304*

Index no: 1:18-CV-10140-LLS
Date Index Number Purchased: 11/05/2018

| Plaintiff(s): | VERRAGIO, LTD. |
|---|---|
| Defendant(s): | BAY HILL JEWELERS |

STATE OF Florida
COUNTY OF Orange     ss:

Travis Foster, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Florida.

On 11/14/18 at 3:33 AM/pm, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT; CIVIL COVER SHEET; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON** Bearing Index Number 1:18-CV-10140-LLS and date of filing of 11/05/2018 on **BAY HILL JEWELERS** at

7782 West Sand Lake Road, Orlando, FL 32819
(address served)

in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of said documents to *(name of individual)* Stacey Popp, *(title)* President of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **BAY HILL JEWELERS**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| F | White | Brown | 40+ | 5'7" | 158 |

Other Features:

On the 26 day of November in the year 2018 before me, the undersigned, personally appeared Travis Foster, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she resides in Florida (if the place of residence is in a city, include the street and street number, if any, thereof); that he/she knows Travis Foster to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said Travis Foster execute the same; and that said witness at the same time subscribed his/her name as a witness thereto.

Sworn to and subscribed before me on

November 26, 2018

Notary Public,
X _____

JACKIE L DAGDAYAN
MY COMMISSION # GG 073244
EXPIRES: March 16, 2021
Bonded Thru Budget Notary Services

X _____
Server's Name Travis Foster

Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

WINDELS MARX LANE AND MITTENDORF LLP
156 WEST 56TH STREET
MAIL ROOM - 23RD FLOOR
NEW YORK NY 10019
212-237-1000

Atty File #: 307670.02