**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

VERRAGIO, LTD.,

              Plaintiff,

    -against-

BAY HILL JEWELERS,

             Defendant.

------------------------------------------ x

Case No. 18-cv-10140

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 1, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Bay Hill Jewelers by personally serving Stacey Papp, President of Bay Hill Jewelers, and proof of service was therefore filed on December 3, 2018 (Docket. No. 11). I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: December __, 2018
       New York, New York

                              **RUBY J. KRAJICK
                              Clerk of Court**

                    By:_____
                           Deputy Clerk

{11643226:1}